John J. Edmonds (SBN 274200)
COLLINS, EDMONDS & POGORZELSKI, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
(951) 708-1237
(951) 824-7901 (fax)

Attorney for Plaintiff,
**GLOBALMEDIA GROUP, LLC**

I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
JUSTIN M. LICHTERMAN (State Bar No. 225734)
jlichterman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendant,
LOGITECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBALMEDIA GROUP, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>LOGITECH, INC.<br><br>    Defendant. | **Case No. 5:11-cv-00778-EJD**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATON FOR EXTENSION OF TIME TO FILE**<br><br>The Honorable Edward J. Davila |

Plaintiff GlobalMedia Group, LLC and Defendant Logitech, Inc.'s filed a stipulation for a three day extension of time for Plaintiff GlobalMedia to file its Sur-

- 1 -

Reply/Response to Defendant Logitech, Inc.'s Motion to Dismiss and its Reply to the Motions to Compel Arbitration from August 12, 2011 to August 15, 2011.

Based on good cause, the motion is hereby GRANTED. Plaintiff GlobalMedia, Inc. has up to and including August 15, 2011 to file its Sur-Reply/Response to Defendant Logitech, Inc.'s Motion to Dismiss and its Reply to the Motions to Compel Arbitration.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 16__, 2011

_____
UNITED STATES DISTRICT JUDGE