IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLOBALMEDIA GROUP LLC, | CASE NO. 5:11-cv-00778 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LOGITECH INC, | |
| Defendant(s). | |

Having reviewed this action in its entirety, the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference currently scheduled for June 1, 2012, is VACATED and will be reset in the order addressing the Petition/Application to Compel Arbitration, if necessary.

**IT IS SO ORDERED.**

Dated: May 30, 2012

EDWARD J. DAVILA
United States District Judge