IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLOBALMEDIA GROUP LLC,<br><br>          Plaintiff(s),<br>     v.<br><br>LOGITECH INC,<br><br>          Defendant(s). | CASE NO. 5:11-cv-00778 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed this action in its entirety, the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference currently scheduled for June 1, 2012, is VACATED and will be reset in the order addressing the Petition/Application to Compel Arbitration, if necessary.

**IT IS SO ORDERED.**

Dated: May 30, 2012

EDWARD J. DAVILA
United States District Judge